WILLIAM F. CLEMMONS, Respondent, *v.* HYMAN EPSTEIN et al., Appellants.

APPEAL from a judgment in favor of plaintiff.

*Hayman & Rosenthal,* for appellants.

*Herman Joseph,* for respondent.

*Per Curiam.*    The judgment and order appealed from are affirmed, with costs.

Present : EHRLICH, Ch. J., NEWBURGER and VAN WYCK, JJ. Judgment and order affirmed, with costs.